**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00506-CR
NO. 09-12-00507-CR
NO. 09-12-00508-CR
NO. 09-12-00509-CR
NO. 09-12-00510-CR

_____

**RONALD WAYNE HARVEY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause Nos. CR29400, CR29401, CR29403, CR29404, and CR29405**

**MEMORANDUM OPINION**

On January 24, 2013, we abated these appeals and remanded the cases to the trial court to determine, among other things, whether the appellant desired to pursue his appeals. The trial court conducted a hearing on February 8, 2013. In open court with counsel present, Ronald Wayne Harvey Jr. stated that he no longer

1

desires to appeal and asked that his appeals be dismissed. A supplemental reporter's record has been filed.

Although a written motion to dismiss has not been filed, appellant's statements in open court in the presence of his attorney constitute good cause to suspend the operation of Rule 42.2(a) in accordance with Rule 2. *See* Tex. R. App. P. 2, 42.2(a). The appellant voluntarily abandoned his appeals before our opinion issued. Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered February 27, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.

2